UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**MICHAEL WALTON HINTON,**   Civil No. 05-2676 (DSD / SRN)

      **Petitioner,**

                                            **ORDER**

v.

**STATE OF MINNESOTA,**

      **Respondent.**

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated April 12, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Docket No. 4) is DENIED; and

2. This action is DISMISSED WITH PREJUDICE.

DATED: April 30, 2007.

                                                      s/David S. Doty
                                                      Judge David S. Doty
                                                      United States District Court Judge